UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOPEZ GARCIA, | No.  2:26-cv-00076 SCR |
| Plaintiff, | |
| v. | PRETRIAL SCHEDULING ORDER |
| O'REILLY AUTOMOTIVE STORES, INC., | |
| Defendant. | |

READ THIS ORDER CAREFULLY.  IT CONTAINS IMPORTANT DATES THAT THE COURT WILL STRICTLY ENFORCE AND WITH WHICH ALL COUNSEL AND PARTIES MUST COMPLY.  FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF MONETARY AND ALL OTHER APPROPRIATE SANCTIONS.

The parties have consented to the jurisdiction of the undersigned Magistrate Judge (ECF No. 9) and filed a joint status report (ECF No. 6).  After a case management conference on May 7, 2026, the Court enters the following scheduling order:

## I.    SERVICE OF PROCESS

Service of process is undisputed.  ECF No. 6 at 2.

////

1

## II.   JOINDER OF PARTIES/AMENDMENTS

The parties do not anticipate joinder of parties or amendments to the pleadings.  ECF No. 6 at 2.  Any motion to amend pleadings or for joinder of parties shall be filed on or before **May 21, 2026**.

## III.   JURISDICTION/VENUE

This Court has diversity subject matter jurisdiction over this action because Plaintiff is a citizen of the State of California, Defendant is a citizen of the State of Missouri, and the parties agree that the amount in controversy exceeds $75,000.  ECF No. 6 at 2-3.  Venue also appears proper because Plaintiff is a resident of the County of San Joaquin and the City of Stockton, and this case was removed from the County of San Joaquin Superior Court.  *Id.* at 3.

## IV.   DISCOVERY

The parties report they have already exchanged initial disclosures under Rule 26(a)(1)**.**

All non-expert discovery shall be completed by **September 24, 2026.**  The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with.  The parties concede that adherence to this order's discovery cut-off dates is contingent on the absence of discovery disputes.  ECF No. 6 at 3.  Motions to continue non-expert discovery deadlines, and to compel specific non-expert discovery, must be noticed on the undersigned's calendar in accordance with the Local Rules and must be heard no later than **August 27, 2026**.

The parties are reminded to review the "Civil Standing Order" posted on Judge Riordan's webpage.  Judge Riordan encourages early resolution of discovery disputes outside the formal Local Rule 251 procedures, when appropriate.  Upon order of the court, or by agreement of the parties, Judge Riordan will resolve minor or discrete discovery disputes by conducting an informal telephonic conference.  Additional information is available on the court's website at www.caed.uscourts.gov.

## V.   EXPERT DISCLOSURE

The parties shall disclose experts and produce reports in accordance with Federal Rule of

Civil Procedure 26(a)(2) as follows: expert disclosures on or before **October 22, 2026**; rebuttal expert disclosures on or before **November 5, 2026**. ECF No. 6 at 5. Expert discovery shall be completed by **November 19, 2026**.

## VI. MOTION HEARING SCHEDULES

Any dispositive motion, such as a motion for summary judgment, shall be filed by **December 3, 2026** and noticed on an available hearing date. ECF No. 6 at 3. Counsel and the parties are cautioned to refer to the Local Rules and Judge Riordan's Civil Standing Order regarding the requirements for noticing such motions on the court's regularly scheduled law and motion calendar. Available hearing dates are available on Judge Riordan's website.

All purely legal issues are to be resolved by timely dispositive motion. The parties should keep in mind that the purpose of such a motion is to narrow and refine the legal issues raised by the case, and to dispose of by pretrial motion those issues that are susceptible to resolution without trial. To accomplish that purpose, the parties need to identify and fully research the issues presented by the case, and then examine those issues in light of the evidence gleaned through discovery. If it appears after examining the legal issues and facts that an issue can be resolved by a dispositive motion, the parties are to file the appropriate motion by the cutoff set forth above. The parties are cautioned that failure to raise a dispositive legal issue that could have been tendered to the court by proper motion prior to the dispositive motion cut-off date may constitute waiver of such issue.

## VII. TRIAL AND THE SETTING OF A FINAL PRETRIAL CONFERENCE

The Court sets trial to commence on **October 4, 2027.**

The Court will set a final pretrial conference by further order. If no dispositive motion(s) is filed by the deadline set above, the parties shall promptly file a notice indicating that no dispositive motion(s) has been filed and that a final pretrial conference should be scheduled. If a dispositive motion is filed, the Court will set a final pretrial conference after adjudication of that motion.

////

////

## VIII.   SETTLEMENT CONFERENCE/MAGISTRATE JUDGE AS SETTLEMENT JUDGE

As discussed at the case management conference, if the parties request the assistance of a Magistrate Judge of this Court to oversee a settlement conference, they shall email Shelly Her at sher@caed.uscourts.gov.

**IT IS SO ORDERED.**

DATED: May 7, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

4